1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| DAVID COUCH, | CASE NO. 1:14-CV-0010-LJO-JLT |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO ALLOW DEFENDANT TO AMEND ITS MOTION TO DISMISS** |
| vs. | |
| MORGAN STANLEY & CO., INCORPORATED and MORGAN STANLEY SMITH BARNEY, LLC, | *COURT REVISED ORDER* |
| Defendants. | |

Based on the parties' stipulation, this Court:

1. VACATES the March 12, 2014 hearing on defendants' motion to dismiss/strike and ORDERS the parties not to appear on that date:

2. ORDERS defendants, no later than February 25, 2014, to file and serve optional revised motion to dismiss/strike papers;

3. ORDERS plaintiff, no later than March 20, 2014, to file and serve opposition papers to defendants' operative motion to dismiss/strike; and

4. ORDERS defendants, no later than March 27, 2014, to file and serve optional reply papers for their operative motion to dismiss/strike.

Pursuant to its practice, this Court will consider defendants' operative motion to dismiss/strike on the record without a hearing and issue a written ruling, unless this Court orders otherwise.

IT IS SO ORDERED.

Dated:   **February 20, 2014**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

-1-    [PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND MOTION