UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MORGAN STANLEY & CO., INCORPORATED and MORGAN STANLEY SMITH BARNEY, LLC,<br><br>　　　　　Defendants. | CASE NO. 1:14-CV-0010-LJO-JLT<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW DEFENDANT TO FILE ANSWER AFTER DEADLINE FOR PLAINTIFF TO AMEND COMPLAINT** |

Based the stipulation of the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED that: Defendants may file their Answer no later than **May 16, 2014**, one week after Plaintiff's deadline to amend his Complaint.


IT IS SO ORDERED.

　　Dated:　**April 30, 2014**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-