UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH,<br><br>            Plaintiff,<br><br>       v.<br><br>MORGAN STANLEY & CO., INCORPORATED, et al.,<br><br>            Defendants. | CASE NO. 1:14-CV-0010-LJO-JLT<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Doc. 21)** |

Before the Court is the stipulation of the parties seeking to allow Defendants until May 30, 2014 to file their answer to the first amended complaint. (Doc. 21) The parties agree that Plaintiff's first amended complaint alleges that Defendants engaged in "intentional and negligent interference with existing and prospective economic relations" and Defendants need additional time to investigate this claim before answering. Id.

Thus, good cause appearing, the Court **ORDERS**: Defendants' answer to Plaintiff's first amended complaint **SHALL** be filed no later than May 30, 2014.

**No further extensions of time are contemplated by the Court.**

IT IS SO ORDERED.

Dated:   **May 13, 2014**                              /s/ Jennifer L. Thurston
                                                                     UNITED STATES MAGISTRATE JUDGE