# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUCH,<br><br>             Plaintiff,<br><br>       v.<br><br>MORGAN STANLEY & CO., INC., AND MORGAN STANLEY SMITH BARNEY, LLC,<br><br>             Defendants. | 1:14-cv-10-LJO-JLT<br><br>ORDER VACATING DEADLINES (Doc. 52) AND GRANTING IN PART DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON DEFENDANTS' PETITION FOR AN ORDER PERMANENTLY STAYING ARBITRATION PROCEEDINGS AND/OR FOR AN ORDER GRANTING PRELIMINARY INJUNCTION (Doc. 50) |

On June 18, 2015, the Court granted Defendants' ex parte application for an order shortening the time on Defendants' petition for an order permanently staying arbitration and/or for an order granting a preliminary injunction. Doc. 52. The Court now VACATES the deadlines as set forth in that order. The Court ORDERS that Defendants' petition (Doc. 51) will be briefed and considered as follows:

- July 8, 2015: Due date for Plaintiff's opposition to Defendants' petition.
- July 15, 2015: Due date for Defendants' reply in support of its petition.
- July 22, 2015: Hearing on Defendants' petition.[1]

The Court further finds that since there is currently no arbitration date, no prejudice to any party results in this short continuance.

IT IS SO ORDERED.

    Dated:   **June 22, 2015**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

---

[1] If appropriate, the Court will vacate the hearing date and Defendants' petition will be submitted on the papers. *See* Local Rule 230(g).

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25