1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7         EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
8

| | |
|---|---|
| DAVID COUCH,<br><br>         Plaintiff,<br><br>    v.<br><br>MORGAN STANLEY & CO., INCORPORATED and MORGAN STANLEY SMITH BARNEY, LLC<br><br>         Defendants. | Case No.: 1:14-CV-0010-LJO-JLT<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND THE TIME ON THE BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO PERMANENTLY STAY ARBITRATION PROCEEDINGS OR GRANT PRELIMINARY INJUNCTION**<br><br>Courtroom: 4<br>Judge: Hon. Lawrence J. O'Neill |

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND THE TIME ON THE BRIEFING SCHEDULE
LEGAL_US_E # 115727551.1

Good cause appearing therefore,

IT IS HEREBY ORDERED that, per Plaintiff's representations and request, the briefing schedule on Defendants' petition to permanently stay arbitration proceedings or grant preliminary injunction be extended one-week as follows:

- July 15, 2015: Due date for Plaintiff's opposition to Defendants' petition.
- July 22, 2015: Due date for Defendants' reply in support of its petition.
- July 29, 2015: Hearing on Defendants' petition.

The Court further finds that since there is currently no arbitration date, no prejudice to any party results in this short continuance.

IT IS SO ORDERED.

Dated:   **July 8, 2015**            **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE